# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ALBERT L. JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1375

————————————————

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie Lyn Sercus, Judge.

Albert L. Jones, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.